MUSICAL MUTUAL PROTECTIVE UNION, Appellant, *v.* JOSEPH N. WEBER, Individually and as President of the AMERICAN FEDERATION OF MUSICIANS et al., Respondents.

*Associations — action to set aside expulsion of plaintiff as local from federation of musicians.*

*Musical M. P. Union* v. *Weber*, 218 App. Div. 764, modified. (Argued June 13, 1927; decided July 20, 1927.)

·APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1926, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought to procure a decree setting aside the expulsion of the plaintiff as a local of the American Federation of Musicians, directing reinstatement of plaintiff as a member of said federation and to annul the charter of a local organized to succeed the plaintiff. The action was based on an alleged conspiracy of the individual defendants to wreck and destroy the plaintiff by means of coercive, arbitrary and lawless acts.

*Louis Marshall, Samuel Untermyer, Irwin Untermyer, James Marshall* and *Louis Kunen* for appellant.

*Samuel Seabury, Charles L. Hoffman, Henry A. Friedman* and *George Trosk* for respondents.

Judgment of Appellate Division and that of Special Term modified by ᷾deducting from the judgment of the Special Term the extra allowance therein granted and as modified affirmed, with costs to the respondents; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and KELLOGG, JJ. Absent: O'BRIEN, J.